# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129081

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBBIE WILLIAM WHITE,
      Defendant-Appellant.

SC: 129081
COA: 261813
Kent CC: 03-011859-FH

_____/

      On order of the Court, the application for leave to appeal the May 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

d1024